AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Marvin Kushner and Cheri J. Kushner,
    Plaintiffs,

CASE NUMBER: 08CV2148

V.

ASSIGNED JUDGE: JUDGE CONLON

Illinois State Toll Highway Authority, et al.,
    Defendants.

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

Illinois State Toll Highway Authority
2700 Ogden Avenue
Downers Grove, IL 60515

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

April 15, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 04-21-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| ROBERT W. BRINDAC JR | PRIVATE DETECTIVE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: ILLINOIS STATE TOLL HIGHWAY AUTHORITY 2700 OGDEN AVE., DOWNERS GROVE, ILL.

SERVED: VICTOR AZAR, ASSISTANT ATTORNEY GENERAL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 21, 08
　　　　　　Date　　　　　　Signature of Server

Brindac & Son
Private Investigations
6912 Main Street Suite #10
Downers Grove, IL 60516
Phone (630) 243-7393

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
Northern District of Illinois

Marvin Kushner and Cheri J. Kushner,   )
                                       )
                Plaintiff,              )
                                       )
     -Vs-                              ) Case Number: 08 CV 2148
Illinois State Toll Highway Authority, )
                                       ) Assigned Judge: Judge Conlon
                Defendant.             )
                                       ) Designated
                                       ) Magistrate Judge: Magistrate Judge Keys
                                       )

**BRINDAC & SON PRIVATE INVESTIGATIONS, AGENCY NUMBER: 117-001178**
**6912 Main Street, Suite 10, Downers Grove, IL. 60516**
**AFFIDAVIT OF SERVICE**

ROBERT W. BRINDAC, JR., a licensed private detective ( License Number 115-001193 ), being first duly sworn on oath, deposes and states that he **made service upon " The Illinois State Toll Highway Authority" on Monday April 21, 2008, 11:05 a.m., at 2700 Ogden Ave., Downers grove,**

Illinois as follows:

*Personal Service*:   a.____ By leaving a copy of the

*Adobe Sub-Service:* b.____By leaving a copy of the                                    at the usual place of adobe of each individual with a person of the family of said individual, of the age of thirteen (13) years or upwards, informing that Person of the contents and by sending a copy in a sealed envelope with postage fully prepaid addressed to said individual at his place of adobe;

*Corporate Service*: c.__X__By leaving a copy of the " United States District Court Summons and Complaint" regarding the above matter, with Mr. Victor Azar, Assistant Attorney General, with the registered agent, officer or agent of the defendant; and that *Mr. Azar is a male white, approximately 5'4, 170 lbs., with gray hair and is between  45—50  years of age.*

SUBSCRIBED and SWORN to
before me this __22nd__ day
of __April__ 20 __08__

_Frances R Brindac_
NOTARY PUBLIC

Robert W. Brindac Jr.

OFFICIAL SEAL
FRANCES R BRINDAC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/05/09