IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARVIN AND CHERI KUSHNER, | ) | |
| on behalf of themselves and a class, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 08-CV-2148 |
| | ) | Judge Conlon |
| ILLINOIS STATE TOLL HIGHWAY | ) | Magistrate Judge Keys |
| AUTHORITY, BRIAN McPARTLIN, | ) | |
| and MATTHEW BEAUDET, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT ILLINOIS TOLLWAY'S AGREED MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendant, Illinois State Toll Highway Authority (hereinafter "Tollway"), by and through its attorney, Illinois Attorney General Lisa Madigan, and respectfully requests this Court to grant Defendants until June 15, 2008 to Answer or otherwise plead. In support thereof, Defendants state the following:

1. Plaintiffs filed their complaint on April 15, 2008, seeking declaratory and injunctive relief, monetary damages, punitive damages and attorneys fees in a three-count complaint alleging improper and unconstitutional practices by the Defendants in sending toll violation notices.

2. Plaintiffs issued a summons against Defendant Tollway, which was served on April 21, 2008. Based upon the service date of the summons, Defendant Tollway is required to answer or otherwise plead within 20 days, being May 12, 2008 (May 11, 2008 being a Sunday).

3. Plaintiffs sent Defendant McPartlin and Defendant Beaudet a Request for Waiver of Service of Summons on April 16, 2008.

4. Defendant McPartlin and Defendant Beaudet are waiving service and have to answer or otherwise plead within 60 days of the date the notice was sent, which is June 16, 2008 (June 15, 2008 is a Sunday).

5. Defendant McPartlin and Defendant Beaudet are being sued in their official capacity and do not have any individualized allegations and they will be jointly represented by the Attorney General of Illinois.

6. Therefore, counsel for Defendant Tollway respectfully requests an additional forty (40) days, to and including June 16, 2008 to further investigate, research and respond to this matter.

7. Plaintiffs' attorney has been contacted regarding this motion, and indicated no objection to an extension of time in this matter.

8. This brief extension will not cause any prejudice to Plaintiff, as Defendant Tollway will have the same filing date as Defendant McPartlin and Defendant Beaudet. There should not be any delay in this matter.

WHEREFORE, Defendant Tollway respectfully requests this Honorable Court grant it until June 16, 2008 to answer or otherwise plead to Plaintiff's complaint.

Respectfully submitted this 2nd day of May, 2008,

| | |
|---|---|
| LISA MADIGAN<br>Illinois Attorney General | /s/  Victor F. Azar<br>VICTOR F. AZAR<br>Assistant Attorney General<br>THOMAS J. BAMONTE<br>General Counsel<br>Illinois Tollway<br>2700 Ogden Avenue<br>Downers Grove, Illinois 60615<br>(630) 241-6800, extension 1540 |