IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARVIN AND CHERI KUSHNER, ) <br> on behalf of themselves and a class, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ILLINOIS STATE TOLL HIGHWAY ) <br> AUTHORITY, BRIAN McPARTLIN, ) <br> and MATTHEW BEAUDET, ) <br> ) <br> Defendants. ) | 08-CV-2148 <br><br> Judge Conlon <br><br><br> Magistrate Judge Keys |

## NOTICE OF MOTION

To:

| | |
|---|---|
| Cathleen M. Combs <br> Edelman, Combs, Latturner & <br> Goodwin, LLC <br> 120 S. LaSalle Street, Suite 1800 <br> Chicago, IL  60603 | James O. Latturner <br> Edelman, Combs, Latturner & <br> Goodwin, LLC <br> 120 S. LaSalle Street, Suite 1800 <br> Chicago, IL  60603 |
| Daniel A. Edelman <br> Edelman, Combs, Latturner & <br> Goodwin, LLC <br> 120 S. LaSalle Street, Suite 1800 <br> Chicago, IL  60603 | Zachary A. Jacobs <br> Edelman, Combs, Latturner & <br> Goodwin, LLC <br> 120 S. LaSalle Street, Suite 1800 <br> Chicago, IL  60603 |

You are hereby advised that on May 7, 2008 at 9:00 a.m. we shall appear before the Honorable Suzanne B. Conlon, Judge presiding, courtroom 1743, 219 S. Dearborn St., Chicago, Illinois, and then and there move the Court to Enlarge the Time for the Defendant to Answer or otherwise plead, copy attached.

|   |   |
|---|---|
|   | s/ Victor F. Azar |
| LISA MADIGAN <br> Attorney General of Illinois | VICTOR F. AZAR <br> Assistant Attorney General <br> ARDC No. 6203693 <br> Attorney for Defendant <br> 2700 Ogden Avenue <br> Downers Grove, IL 60515 <br> (630) 241-6800 x 1540 |