### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| MARVIN AND CHERI KUSHNER, | ) | |
| on behalf of themselves and a class, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 08-CV-2148 |
| | ) | Judge Conlon |
| ILLINOIS STATE TOLL HIGHWAY | ) | Magistrate Judge Keys |
| AUTHORITY, BRIAN McPARTLIN, | ) | |
| and MATTHEW BEAUDET, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Victor F. Azar, hereby certify that I served the Appearance, Notice of Motion and Defendant Illinois Tollway's Agreed Motion for Extension of Time to Answer or Otherwise Plead to Cathleen M. Combs, Daniel A. Edelman, James O. Latturner and Zachary A. Jacobs of Edelman, Combs, Latturner and Goodwin, LLC, Attorneys for the Plaintiffs, Marvin Kushner and Cheri Kushner, by CM/ECF e-filing on May 2, 2008.

This 2nd day of May, 2008.

| | |
|---|---|
| | s/ Victor F. Azar |
| LISA MADIGAN | ARDC # 6203693 |
| Attorney General of Illinois | Assistant Attorney General |
| | 2700 Ogden Avenue |
| | Downers Grove, IL 60515 |
| | (630) 241-6800, Extension 1540 |