# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2148 | **DATE** | 05/07/08 |
| **CASE TITLE** | MARVIN AND CHERI KUSHNER, ET AL vs. ILLINOIS STATE TOLL HIGHWAY AUTHORITY, ET AL | | |

**DOCKET ENTRY TEXT**

Defendant Illinois Tollway's agreed motion for extension of time until June 16, 2008 to answer or otherwise plead is granted. NO FURTHER EXTENSIONS.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-02148   Document 21   Filed 05/07/2008   Page 1 of 1

08C2148 MARVIN AND CHERI KUSHNER, ET AL vs. ILLINOIS STATE TOLL HIGHWAY AUTHORITY, ET AL   Page 1 of 1