## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARVIN KUSHNER and CHERI J. KUSHNER,<br>on behalf of themselves and a class,<br><br>  Plaintiffs,<br><br>  vs.<br><br>ILLINOIS STATE TOLL HIGHWAY AUTHORITY,<br>BRIAN MCPARTLIN, and MATTHEW BEAUDET,<br><br>  Defendants. | Case No. 08 C 2148<br><br>Judge Conlon<br><br>Magistrate Judge Keys<br><br>**JURY DEMANDED** |

## NOTICE OF MOTION

**To: See attached service list.**

**PLEASE TAKE NOTICE** that on Thursday, June 19, 2008 at 9:00 a.m., we will appear before Judge Suzanne B. Conlon in Room 1743 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604, and then and there present: **PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**, a copy of which has been filed electronically and is hereby served upon you.

                                  s/ Zachary A. Jacobs
                                  Zachary A. Jacobs

Daniel A. Edelman
Cathleen Combs
James Latturner
Zachary A. Jacobs
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

 I, Zachary A. Jacobs, hereby certify that on June 16, 2008 a copy of the foregoing notice was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Victor F. Azar    vazar@getipass.com

              s/ Zachary A. Jacobs
              Zachary A. Jacobs