# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2148 | **DATE** | 6/17/2008 |
| **CASE TITLE** | MARVIN KUSHNER, ET AL vs. ILLINOIS STATE TOLL HIGHWAY AUTHORITY, ET AL | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to August 5, 2008 at 9:00. Plaintiffs' motion for leave to file an amended complaint [23] is granted. Defendants' motion to dismiss [22] is moot. Defendants shall answer or otherwise plead by July 21, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|