IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARVIN KUSHNER, CHERI KUSHNER, JAIVA GOODRUM, on behalf of themselves and a class, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 08-CV-2148 |
| | ) | Judge Conlon |
| ILLINOIS STATE TOLL HIGHWAY AUTHORITY, BRIAN McPARTLIN, and MATTHEW BEAUDET, | ) ) ) ) | Magistrate Judge Keys |
| Defendants. | ) ) | |

## NOTICE OF MOTION

To:

Cathleen M. Combs
Edelman, Combs, Latturner &
Goodwin, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603

James O. Latturner
Edelman, Combs, Latturner &
Goodwin, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603

Daniel A. Edelman
Edelman, Combs, Latturner &
Goodwin, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603

Zachary A. Jacobs
Edelman, Combs, Latturner &
Goodwin, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603

You are hereby advised that on July 24, 2008 at 9:00 a.m. we shall appear before the Honorable Suzanne B. Conlon, Judge presiding, courtroom 1743, 219 S. Dearborn St., Chicago, Illinois, and then and there move the Court to Dismiss the Amended Complaint, copy attached.

LISA MADIGAN
Attorney General of Illinois

s/ Victor F. Azar
VICTOR F. AZAR
Assistant Attorney General
ARDC No. 6203693
Attorney for Defendant
2700 Ogden Avenue
Downers Grove, IL 60515
(630) 241-6800 x 1540