## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MARVIN KUSHNER and CHERI KUSHNER, and JAIVA GOODRUM on behalf of themselves and a class, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 08-CV-2148 |
| | ) | Judge Conlon |
| ILLINOIS STATE TOLL HIGHWAY AUTHORITY, BRIAN McPARTLIN, and MATTHEW BEAUDET, | ) ) ) | Magistrate Judge Keys |
| | ) ) | |
| Defendants. | ) | |

### EXHIBITS G THROUGH N
### FOR MOTION TO DISMISS

ATTACHED.

### CERTIFICATE OF SERVICE

I, Victor F. Azar, hereby certify that I served the Defendants' Exhibits G through N for Motion to Dismiss to Cathleen M. Combs, Daniel A. Edelman, James O. Latturner and Zachary A. Jacobs of Edelman, Combs, Latturner and Goodwin, LLC, Attorneys for the Plaintiffs, Marvin Kushner and Cheri Kushner, by CM/ECF e-filing on July 21, 2008.

This 21st day of July, 2008.

| | |
|---|---|
| | s/ Victor F. Azar |
| LISA MADIGAN | ARDC # 6203693 |
| Attorney General of Illinois | Assistant Attorney General |
| | 2700 Ogden Avenue |
| | Downers Grove, IL 60515 |
| | (630) 241-6800, Extension 1540 |

Exhibit G

**Illinois Tollway**
**Notice of Toll Violation**
**Payments: By Phone, mail or online at www.illinoistollway.com**
**1-800-824-7277 / 1-630-241-7302 - T.D.D.**

Respondent(s):

JAIVA S GOODRUM
2710 AMLI LN APT 1925
AURORA, IL 60502-9007



169469235

| | |
|---|---|
| Notice Number: | VN08609329 |
| License Plate/Type: | 9233493 (IL) - PAS |
| Issue Date: | April    23, 2008 |
| Due Date: | May    14, 2008 |
| Amount Due: | $104.00 |

Your vehicle has been recorded by the Illinois Tollway's violation enforcement camera system for non-payment of the proper tolls. Within 21 days of the issue date of this notice you must either: pay the total amount due or request a hearing to contest the violations. If you had a valid I-PASS account in good standing, at the time of these violations, you do not need to schedule a hearing. The photo in the upper right corner of this page is representative of one of the alleged violation occurrences. Photos & documentation of all occurrences are available for inspection (see additional information below ).

Section 10/10(a-5) of The Illinois Toll Highway Act and sections 2520.269(e) and 2520.750 of the Illinois Administrative Code authorizes The Illinois Tollway to adjudicate toll evasion violations administratively and assess a mandatory fine of $20.00 per violation against the registered owner of a vehicle that has been recorded as failing to pay the proper toll.

Failure to respond to this notice within 21 days shall be deemed as an admission of liability and a waiver of your right to a hearing and shall result in a Final Order of Liability being issued against you, by default, for the total amount due. Failure to satisfy any fines or penalties within 14 days after the entry of a Final Order of Liability, resulting by default or contest, shall result in an additional fine of $50.00 per liable violation. Failure to satisfy any fines or penalties after the entry of a Final Order(s) of Liability for 5 or more violations shall result in the Tollway petitioning the Secretary of State for suspension of your vehicle registration and/or driver's license and possible forwarding of this matter to a private agency or law firm for collection action.

**I-PASS PATRONS:** You may have received this notice if your account is not up to date with all current vehicle information. **YOU DO NOT NEED TO SCHEDULE A HEARING.** Call 1-800-824-7277 / 1-630-241-7302 - T.D.D. and a representative will assist you. Please have your I-PASS account number, notice number and license plate number available when you call.

Additional Information:
HEARING/EVIDENCE REVIEW: The purpose of a hearing is solely to determine whether or not a violation has occurred. The hearing officer does not have the legal authority to negotiate, waive or lessen the mandatory fine amount, extend the mandatory payment period or grant a payment plan.

Toll evasion is a public, strict liability and vicarious liability violation. Therefore the following are not legal defenses or mitigating factors under Illinois law : (1) the violation notice wasn't mailed sooner, (2) the driver did not intend to miss the payment or go through an I-PASS lane; or (3) someone else was driving the vehicle. This notice may not be inclusive of all violation events for this license plate either prior or subsequent to the dates in this notice.

If you wish to contest these violations or review all photos and documentation prior to a hearing please call 1-800-824-7277 / 1-630-241-7302 - T.D.D. to schedule a hearing and/or an evidence package review . Please have your name and license plate number available when you call.

DISPUTES: Sold vehicles, stolen vehicles or license plates, or commercial leased/rented vehicles please call 1-800-824-7277 / 1-630-241-7302 - T.D.D..

✄--------------------------------------------------------------------------------

**Return Coupon with your Payment To: Illinois Tollway, P.O. Box 5201, Lisle, IL  60532-5201**

Respondent(s):
JAIVA S GOODRUM
2710 AMLI LN APT 1925
AURORA, IL 60502-9007

| | |
|---|---|
| Notice Number: | VN08609329 |
| Amount Due: | $104.00 |

Make Cashiers Check or Money Order Payable to: The Illinois Tollway

_____ Amex _____ Visa _____ MasterCard _____ Discover

Credit Card #: _____   Exp. Date: _____

Payment Amount: _____

Plate #: 9233493 (IL) - PAS

Name on Card: _____

Billing Address of Card if different than address on notice: _____

**Violation History:**

VN08609329

| Violation # | Date | Time | Location | Lane Type | Unpaid Toll | Fine | Total Due |
|---|---|---|---|---|---|---|---|
| 169469235 | 07/12/2007 | 09:01:00 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 169469236 | 07/12/2007 | 16:54:00 | Plaza 51-York Rd Lane-54 | ORT | $0.80 | $20.00 | $20.80 |
| 169469237 | 07/27/2007 | 16:38:51 | Plaza 51-York Rd Lane-54 | ORT | $0.80 | $20.00 | $20.80 |
| 169469238 | 08/03/2007 | 16:08:40 | Plaza 51-York Rd Lane-57 | ORT | $0.80 | $20.00 | $20.80 |
| 169469239 | 08/11/2007 | 01:42:47 | Plaza 51-York Rd Lane-56 | SHD | $0.80 | $20.00 | $20.80 |
| Number of Violations: | 5 | | | Total: | $4.00 | $100.00 | $104.00 |

**Illinois Tollway**
**Notice of Toll Violation**
**Payments: By Phone, mail or online at www.illinoistollway.com**
**1-800-824-7277 / 1-630-241-7302 - T.D.D.**

Respondent(s):

JAIVA S GOODRUM
2710 AMLI LN APT 1925
AURORA, IL 60502-9007



| | |
|---|---|
| **Notice Number:** | VN08608761 |
| **License Plate/Type:** | 9233493 (IL) - PAS |
| **Issue Date:** | April   23, 2008 |
| **Due Date:** | May   14, 2008 |
| **Amount Due:** | $645.20 |

131127538

Your vehicle has been recorded by the Illinois Tollway's violation enforcement camera system for non-payment of the proper tolls. Within 21 days of the issue date of this notice you must either: pay the total amount due or request a hearing to contest the violations. If you had a valid I-PASS account in good standing, at the time of these violations, you do not need to schedule a hearing. The photo in the upper right corner of this page is representative of one of the alleged violation occurrences. Photos & documentation of all occurrences are available for inspection (see additional information below).

Section 10/10(a-5) of The Illinois Toll Highway Act and sections 2520.269(e) and 2520.750 of the Illinois Administrative Code authorizes The Illinois Tollway to adjudicate toll evasion violations administratively and assess a mandatory fine of $20.00 per violation against the registered owner of a vehicle that has been recorded as failing to pay the proper toll.

Failure to respond to this notice within 21 days shall be deemed as an admission of liability and a waiver of your right to a hearing and shall result in a Final Order of Liability being issued against you, by default, for the total amount due. Failure to satisfy any fines or penalties within 14 days after the entry of a Final Order of Liability, resulting by default or contest, shall result in an additional fine of $50.00 per liable violation. Failure to satisfy any fines or penalties after the entry of a Final Order(s) of Liability for 5 or more violations shall result in the Tollway petitioning the Secretary of State for suspension of your vehicle registration and/or driver's license and possible forwarding of this matter to a private agency or law firm for collection action.

**I-PASS PATRONS:** You may have received this notice if your account is not up to date with all current vehicle information. **YOU DO NOT NEED TO SCHEDULE A HEARING.** Call 1-800-824-7277 / 1-630-241-7302 - T.D.D. and a representative will assist you. Please have your I-PASS account number, notice number and license plate number available when you call.

Additional Information:
HEARING/EVIDENCE REVIEW: The purpose of a hearing is solely to determine whether or not a violation has occurred. The hearing officer does not have the legal authority to negotiate, waive or lessen the mandatory fine amount, extend the mandatory payment period or grant a payment plan.

Toll evasion is a public, strict liability and vicarious liability violation. Therefore the following are not legal defenses or mitigating factors under Illinois law : (1) the violation notice wasn't mailed sooner, (2) the driver did not intend to miss the payment or go through an I-PASS lane; or (3) someone else was driving the vehicle. This notice may not be inclusive of all violation events for this license plate either prior or subsequent to the dates in this notice.

If you wish to contest these violations or review all photos and documentation prior to a hearing please call 1-800-824-7277 / 1-630-241-7302 - T.D.D. to schedule a hearing and/or an evidence package review . Please have your name and license plate number available when you call.

DISPUTES: Sold vehicles, stolen vehicles or license plates, or commercial leased/rented vehicles please call  1-800-824-7277 / 1-630-241-7302 - T.D.D..

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Return Coupon with your Payment To: Illinois Tollway, P.O. Box 5201, Lisle, IL  60532-5201**

Respondent(s):
JAIVA S GOODRUM
2710 AMLI LN APT 1925
AURORA, IL 60502-9007

Notice Number:    VN08608761
Amount Due:    $645.20

Make Cashiers Check or Money Order Payable to: The Illinois Tollway          Payment Amount: _____

_____ Amex _____ Visa _____ MasterCard _____ Discover          Plate #: 9233493 (IL) - PAS

Credit Card #: _____ Exp. Date: _____          Name on Card: _____

Billing Address of Card if different than address on notice: _____

**Violation History:**                                                                                                               VN08608761

| Violation # | Date | Time | Location | Lane Type | Unpaid Toll | Fine | Total Due |
|---|---|---|---|---|---|---|---|
| 131127538 | 04/17/2007 | 17:09:03 | Plaza 51-York Rd Lane-54 | ORT | $0.80 | $20.00 | $20.80 |
| 131182222 | 04/18/2007 | 16:40:49 | Plaza 51-York Rd Lane-54 | ORT | $0.80 | $20.00 | $20.80 |
| 131577240 | 04/25/2007 | 08:29:42 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 131595583 | 04/25/2007 | 16:01:45 | Plaza 51-York Rd Lane-54 | ORT | $0.80 | $20.00 | $20.80 |
| **131633424** | 04/26/2007 | 09:07:26 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 131651914 | 04/26/2007 | 17:00:14 | Plaza 51-York Rd Lane-54 | ORT | $0.80 | $20.00 | $20.80 |
| 133597110 | 05/24/2007 | 08:02:55 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 133639824 | 05/24/2007 | 16:38:30 | Plaza 51-York Rd Lane-54 | ORT | $0.80 | $20.00 | $20.80 |
| 133664290 | 05/24/2007 | 23:24:55 | Plaza 35-Cermak Rd Lane-64 | ORT | $0.80 | $20.00 | $20.80 |
| 133684913 | 05/25/2007 | 08:11:09 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 133716093 | 05/25/2007 | 15:09:31 | Plaza 51-York Rd Lane-53 | ORT | $0.80 | $20.00 | $20.80 |
| 135772922 | 06/20/2007 | 22:30:58 | Plaza 51-York Rd Lane-54 | ORT | $0.80 | $20.00 | $20.80 |
| 136245742 | 06/26/2007 | 08:27:15 | Plaza 52-Meyers Rd Lane-54 | ORT | $0.80 | $20.00 | $20.80 |
| **136265245** | 06/26/2007 | 16:16:10 | Plaza 51-York Rd Lane-53 | ORT | $0.80 | $20.00 | $20.80 |
| 160520741 | 08/03/2007 | 08:21:54 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 160520742 | 08/10/2007 | 08:37:06 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| **160520740** | 08/10/2007 | 19:54:28 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 160520743 | 08/13/2007 | 08:15:19 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 160520745 | 08/16/2007 | 18:31:51 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 141492299 | 08/17/2007 | 06:30:12 | Plaza 51-York Rd Lane-56 | SHD | $0.80 | $20.00 | $20.80 |
| 160520739 | 08/17/2007 | 13:48:55 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 141472562 | 08/17/2007 | 16:37:53 | Plaza 51-York Rd Lane-56 | SHD | $0.80 | $20.00 | $20.80 |
| 160520744 | 08/27/2007 | 10:44:59 | Plaza 52-Meyers Rd Lane-53 | ORT | $0.80 | $20.00 | $20.80 |
| 148572540 | 08/27/2007 | 18:45:12 | Plaza 89-Boughton Rd Mainline Lane-54 | ORT | $1.00 | $20.00 | $21.00 |
| 140804546 | 09/09/2007 | 15:11:26 | Plaza 89-Boughton Rd Mainline Lane-54 | ORT | $1.00 | $20.00 | $21.00 |
| 160520751 | 09/16/2007 | 11:10:54 | Plaza 52-Meyers Rd Lane-53 | ORT | $0.80 | $20.00 | $20.80 |
| 160520749 | 09/17/2007 | 21:33:06 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 160520750 | 09/18/2007 | 08:35:00 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| **160520748** | 09/19/2007 | 18:24:26 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 160520752 | 09/21/2007 | 22:52:38 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| **160520753** | 11/20/2007 | 13:57:45 | Plaza 51-York Rd Lane-56 | SHD | $0.80 | $20.00 | $20.80 |
| Number of Violations: | 31 | | | Total: | $25.20 | $620.00 | $645.20 |

# Exhibit H



**VIOLATION PROCESSING SYSTEM**

**User:** VAZAR
**Login:** 07/17/2008 13:55
**CSC**
**Location:** DOWNERS GROVE
**Shift:** Not Open
**Shift 1d:**



**VPS MENU**

- VIOLATORS
- USER PREFERENCES
- LOG OUT

## Payment History

### Violator Information

| | |
|---|---|
| **Violator ID:** | 3461707 |
| **Party Type:** | Single Owner; Individual |
| **Primary Owner:** | GOODRUM, JAIVA S |
| **License Plate:** | 9233493 (USA/IL)-PAS |
| **Violator Flags:** | **Driver License:** G365437756 |

First | Previous | Next | Last          Displaying 1 - 1 of 1

| Payment ID | Payment Date | Payee Name | Payment Form | Payment Source | Payment Delivery | Status | Amount Paid | AuthCode CSR N |
|---|---|---|---|---|---|---|---|---|
| 46766647 | 05/04/2008 | GOODRUM, JAIVA S | Credit Card | VPS | Phone | success | $4.80 | 018215 SDICKI |

( Return to Violator Summary )

http://prod.vps.trmmp.tollway.state.il.us/vpsuiprod/violator_redirect.do

# Exhibit I

**Illinois Tollway**
**Notice of Toll Violation**
**Payments: By Phone, mail or online at www.illinoistollway.com**
**1-800-824-7277 / 1-630-241-7302 - T.D.D.**

Respondent(s):

JAIVA S GOODRUM
2710 AMLI LN 1925
AURORA , IL 60502-9007



| | |
|---|---|
| Notice Number: | VN08869064 |
| License Plate/Type: | 9233493 (IL) - PAS |
| Issue Date: | May    19, 2008 |
| Due Date: | June    09, 2008 |
| Amount Due: | $104.00 |

169469235

Your vehicle has been recorded by the Illinois Tollway's violation enforcement camera system for non-payment of the proper tolls. Within 21 days of the issue date of this notice you must either: pay the total amount due or request a hearing to contest the violations. If you had a valid I-PASS account in good standing, at the time of these violations, you do not need to schedule a hearing. The photo in the upper right corner of this page is representative of one of the alleged violation occurrences. Photos & documentation of all occurrences are available for inspection (see additional information below ).

Section 10/10(a-5) of The Illinois Toll Highway Act and sections 2520.269(e) and 2520.750 of the Illinois Administrative Code authorizes The Illinois Tollway to adjudicate toll evasion violations administratively and assess a mandatory fine of $20.00 per violation against the registered owner of a vehicle that has been recorded as failing to pay the proper toll.

Failure to respond to this notice within 21 days shall be deemed as an admission of liability and a waiver of your right to a hearing and shall result in a Final Order of Liability being issued against you, by default, for the total amount due. Failure to satisfy any fines or penalties within 14 days after the entry of a Final Order of Liability, resulting by default or contest, shall result in an additional fine of $50.00 per liable violation. Failure to satisfy any fines or penalties after the entry of a Final Order(s) of Liability for 5 or more violations shall result in the Tollway petitioning the Secretary of State for suspension of your vehicle registration and/or driver's license and possible forwarding of this matter to a private agency or law firm for collection action.

**I-PASS PATRONS:** You may have received this notice if your account is not up to date with all current vehicle information. **YOU DO NOT NEED TO SCHEDULE A HEARING.** Call 1-800-824-7277 / 1-630-241-7302 - T.D.D. and a representative will assist you. Please have your I-PASS account number, notice number and license plate number available when you call.

Additional Information:
HEARING/EVIDENCE REVIEW: The purpose of a hearing is solely to determine whether or not a violation has occurred. The hearing officer does not have the legal authority to negotiate, waive or lessen the mandatory fine amount, extend the mandatory payment period or grant a payment plan.

Toll evasion is a public, strict liability and vicarious liability violation. Therefore the following are not legal defenses or mitigating factors under Illinois law : (1) the violation notice wasn't mailed sooner, (2) the driver did not intend to miss the payment or go through an I-PASS lane; or (3) someone else was driving the vehicle. This notice may not be inclusive of all violation events for this license plate either prior or subsequent to the dates in this notice.

If you wish to contest these violations or review all photos and documentation prior to a hearing please call 1-800-824-7277 / 1-630-241-7302 - T.D.D. to schedule a hearing and/or an evidence package review . Please have your name and license plate number available when you call.

DISPUTES: Sold vehicles, stolen vehicles or license plates, or commercial leased/rented vehicles please call 1-800-824-7277 / 1-630-241-7302 - T.D.D..
✂

**Return Coupon with your Payment To: Illinois Tollway, P.O. Box 5201, Lisle, IL  60532-5201**

Respondent(s):
JAIVA S GOODRUM
2710 AMLI LN 1925
AURORA , IL 60502-9007

Notice Number:    VN08869064

Amount Due:    $104.00

Make Cashiers Check or Money Order Payable to: The Illinois Tollway

Payment Amount: _____

_____ Amex  _____ Visa  _____ MasterCard  _____ Discover

Plate #: 9233493 (IL) - PAS

Credit Card #: _____ Exp. Date: _____

Name on Card: _____

Billing Address of Card if different than address on notice: _____

**Violation History:**

VN08869064

| Violation # | Date | Time | Location | Lane Type | Unpaid Toll | Fine | Total Due |
|---|---|---|---|---|---|---|---|
| 169469235 | 07/12/2007 | 09:01:00 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 169469236 | 07/12/2007 | 16:54:00 | Plaza 51-York Rd Lane-54 | ORT | $0.80 | $20.00 | $20.80 |
| 169469237 | 07/27/2007 | 16:38:51 | Plaza 51-York Rd Lane-54 | ORT | $0.80 | $20.00 | $20.80 |
| 169469238 | 08/03/2007 | 16:08:40 | Plaza 51-York Rd Lane-57 | ORT | $0.80 | $20.00 | $20.80 |
| 169469239 | 08/11/2007 | 01:42:47 | Plaza 51-York Rd Lane-56 | SHD | $0.80 | $20.00 | $20.80 |
| Number of Violations: | 5 | | | Total: | $4.00 | $100.00 | $104.00 |

**Illinois Tollway**
**Notice of Toll Violation**
Payments: By Phone, mail or online at www.illinoistollway.com
**1-800-824-7277 / 1-630-241-7302 - T.D.D.**

Respondent(s):

JAIVA S GOODRUM
2710 AMLI LN 1925
AURORA , IL 60502-9007



| | |
|---|---|
| Notice Number: | VN08869063 |
| License Plate/Type: | 9233493 (IL) - PAS |
| Issue Date: | May     19, 2008 |
| Due Date: | June    09, 2008 |
| Amount Due: | $645.20 |

131127538

Your vehicle has been recorded by the Illinois Tollway's violation enforcement camera system for non-payment of the proper tolls. Within 21 days of the issue date of this notice you must either: pay the total amount due or request a hearing to contest the violations. If you had a valid I-PASS account in good standing, at the time of these violations, you do not need to schedule a hearing. The photo in the upper right corner of this page is representative of one of the alleged violation occurrences. Photos & documentation of all occurrences are available for inspection (see additional information below ).

Section 10/10(a-5) of The Illinois Toll Highway Act and sections 2520.269(e) and 2520.750 of the Illinois Administrative Code authorizes The Illinois Tollway to adjudicate toll evasion violations administratively and assess a mandatory fine of $20.00 per violation against the registered owner of a vehicle that has been recorded as failing to pay the proper toll.

Failure to respond to this notice within 21 days shall be deemed as an admission of liability and a waiver of your right to a hearing and shall result in a Final Order of Liability being issued against you, by default, for the total amount due. Failure to satisfy any fines or penalties within 14 days after the entry of a Final Order of Liability, resulting by default or contest, shall result in an additional fine of $50.00 per liable violation. Failure to satisfy any fines or penalties after the entry of a Final Order(s) of Liability for 5 or more violations shall result in the Tollway petitioning the Secretary of State for suspension of your vehicle registration and/or driver's license and possible forwarding of this matter to a private agency or law firm for collection action.

**I-PASS PATRONS:** You may have received this notice if your account is not up to date with all current vehicle information. **YOU DO NOT NEED TO SCHEDULE A HEARING.** Call 1-800-824-7277 / 1-630-241-7302 - T.D.D. and a representative will assist you. Please have your I-PASS account number, notice number and license plate number available when you call.

Additional Information:
HEARING/EVIDENCE REVIEW: The purpose of a hearing is solely to determine whether or not a violation has occurred. The hearing officer does not have the legal authority to negotiate, waive or lessen the mandatory fine amount, extend the mandatory payment period or grant a payment plan.

Toll evasion is a public, strict liability and vicarious liability violation. Therefore the following are not legal defenses or mitigating factors under Illinois law : (1) the violation notice wasn't mailed sooner, (2) the driver did not intend to miss the payment or go through an I-PASS lane; or (3) someone else was driving the vehicle. This notice may not be inclusive of all violation events for this license plate either prior or subsequent to the dates in this notice.

If you wish to contest these violations or review all photos and documentation prior to a hearing please call 1-800-824-7277 / 1-630-241-7302 - T.D.D. to schedule a hearing and/or an evidence package review . Please have your name and license plate number available when you call.

DISPUTES: Sold vehicles, stolen vehicles or license plates, or commercial leased/rented vehicles please call  1-800-824-7277 / 1-630-241-7302 - T.D.D..

✂-----------------------------------------------------------------------------------------------------------

**Return Coupon with your Payment To: Illinois Tollway, P.O. Box 5201, Lisle, IL  60532-5201**

Respondent(s):
JAIVA S GOODRUM
2710 AMLI LN 1925
AURORA , IL 60502-9007

Notice Number:    VN08869063

Amount Due:       $645.20

Make Cashiers Check or Money Order Payable to: The Illinois Tollway         Payment Amount: _____

_____ Amex _____ Visa _____ MasterCard _____ Discover         Plate #: 9233493 (IL) - PAS

Credit Card #: _____ Exp. Date: _____         Name on Card: _____

Billing Address of Card if different than address on notice: _____

**Violation History:**                                                                                                                        VN08869063

| Violation # | Date | Time | Location | Lane Type | Unpaid Toll | Fine | Total Due |
|---|---|---|---|---|---|---|---|
| 131127538 | 04/17/2007 | 17:09:03 | Plaza 51-York Rd Lane-54 | ORT | $0.80 | $20.00 | $20.80 |
| 131182222 | 04/18/2007 | 16:40:49 | Plaza 51-York Rd Lane-54 | ORT | $0.80 | $20.00 | $20.80 |
| 131577240 | 04/25/2007 | 08:29:42 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 131595583 | 04/25/2007 | 16:01:45 | Plaza 51-York Rd Lane-54 | ORT | $0.80 | $20.00 | $20.80 |
| 131633424 | 04/26/2007 | 09:07:26 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 131651914 | 04/26/2007 | 17:00:14 | Plaza 51-York Rd Lane-54 | ORT | $0.80 | $20.00 | $20.80 |
| 133597110 | 05/24/2007 | 08:02:55 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 133639824 | 05/24/2007 | 16:38:30 | Plaza 51-York Rd Lane-54 | ORT | $0.80 | $20.00 | $20.80 |
| 133664290 | 05/24/2007 | 23:24:55 | Plaza 35-Cermak Rd Lane-64 | ORT | $0.80 | $20.00 | $20.80 |
| 133684913 | 05/25/2007 | 08:11:09 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 133716093 | 05/25/2007 | 15:09:31 | Plaza 51-York Rd Lane-53 | ORT | $0.80 | $20.00 | $20.80 |
| 135772922 | 06/20/2007 | 22:30:58 | Plaza 51-York Rd Lane-54 | ORT | $0.80 | $20.00 | $20.80 |
| 136245742 | 06/26/2007 | 08:27:15 | Plaza 52-Meyers Rd Lane-54 | ORT | $0.80 | $20.00 | $20.80 |
| 136265245 | 06/26/2007 | 16:16:10 | Plaza 51-York Rd Lane-53 | ORT | $0.80 | $20.00 | $20.80 |
| 160520741 | 08/03/2007 | 08:21:54 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 160520742 | 08/10/2007 | 08:37:06 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 160520740 | 08/10/2007 | 19:54:28 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 160520743 | 08/13/2007 | 08:15:19 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 160520745 | 08/16/2007 | 18:31:51 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 141442299 | 08/17/2007 | 06:30:12 | Plaza 51-York Rd Lane-56 | SHD | $0.80 | $20.00 | $20.80 |
| 160520739 | 08/17/2007 | 13:48:55 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 141472562 | 08/17/2007 | 16:37:53 | Plaza 51-York Rd Lane-56 | SHD | $0.80 | $20.00 | $20.80 |
| 160520744 | 08/27/2007 | 10:44:59 | Plaza 52-Meyers Rd Lane-53 | ORT | $0.80 | $20.00 | $20.80 |
| 148572540 | 08/27/2007 | 18:45:12 | Plaza 89-Boughton Rd Mainline Lane-54 | ORT | $1.00 | $20.00 | $21.00 |
| 140804546 | 09/09/2007 | 15:11:26 | Plaza 89-Boughton Rd Mainline Lane-54 | ORT | $1.00 | $20.00 | $21.00 |
| 160520751 | 09/16/2007 | 11:10:54 | Plaza 52-Meyers Rd Lane-53 | ORT | $0.80 | $20.00 | $20.80 |
| 160520749 | 09/17/2007 | 21:33:06 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 160520750 | 09/18/2007 | 08:35:00 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 160520748 | 09/19/2007 | 18:24:26 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 160520752 | 09/21/2007 | 22:52:38 | Plaza 52-Meyers Rd Lane-55 | ORT | $0.80 | $20.00 | $20.80 |
| 160520753 | 11/20/2007 | 13:57:45 | Plaza 51-York Rd Lane-56 | SHD | $0.80 | $20.00 | $20.80 |
| Number of Violations: | 31 | | | Total: | $25.20 | $620.00 | $645.20 |

Exhibit J

LAW OFFICES OF

# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC

120 SOUTH LASALLE STREET
18TH FLOOR
CHICAGO, ILLINOIS 60603
312-739-4200
FAX 312-419-0379
WEBSITE www.edcombs.com
EMAIL edcombs@aol.com

May 22, 2008

**VIA FIRST CLASS MAIL AND FACSIMILE**

Victor A. Azar
Sr. Assistant Attorney General
The Illinois Tollway
2700 Ogden Avenue
Downers Grove, Illinois 60515-1703
(630) 241-6100 (Fax)

> Re:    **Jaiva Goodrum,** relating to **Marvin and Cheri Kushner v. Illinois State Toll Highway Authority, et al,** No. 08-cv-02148, ECL &G No. 21304

Dear Mr. Azar:

We represent Jaiva Goodrum, who received the enclosed notices of alleged toll violations. Ms. Goodrum was unable to contact the Illinois Tollway using the number provided in the notices, and hereby requests a hearing.

Please do not hesitate to contact me with any questions of concerns.

Very truly yours,

Zachary A. Jacobs

Enclosures

cc:    Jaiva Goodrum (w/out enclosures)

Exhibit K



2700 Ogden Avenue
Downers Grove, Illinois 60515-1703
630.241.6800
Fax 630.241.6100
Direct line 630.241.6800, extension 1540
Legal Fax:  630.271.7559
Email:  vazar@getipass.com

**_By facsimile and First Class Mail_**

May 27, 2008

Zachary A. Jacobs
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St., 18th Floor
Chicago, Illinois 60603
Fax:  (312) 419-0379

Re:  Jaiva Goodrum

Dear Mr. Jacobs:

The Tollway is in receipt of your client's request for a hearing.  Pursuant to your request, the Tollway has the following three hearing dates:  6/10/08 at 10:30 AM; 6/11/08 at 9:00 AM and 6/12/08 at 9:00 AM.

Please let me know which date and time your client would like the hearing scheduled and I will make the necessary arrangements.

If you have any questions, please call me at (630) 241-6800, extension 1540.


Sincerely,

Victor F. Azar
Sr. Assistant Attorney General




Enclosure

Exhibit L

## Azar, Victor

| | |
|---|---|
| **From:** | Zachary Jacobs [zjacobs@edcombs.com] |
| **Sent:** | Wednesday, June 04, 2008 3:00 PM |
| **To:** | Azar, Victor |
| **Subject:** | Jaiva Goodrum |

Victor

Ms. Goodrum would like to request a hearing on June 24th at 9am.

Zachary A. Jacobs
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street
18th Floor
Chicago, IL 60603
312-917-4536
312-419-0379 fax
zjacobs@edcombs.com

Exhibit M

**IN THE STATE OF ILLINOIS**
**Illinois Tollway**

**Illinois Tollway,**                                                        **June 4, 2008**

**v.**          JAIVA GOODRUM
             2710 AMLI LN
             1925
             AURORA , IL 60502-9007          License Plate # 9233493(USA / IL)  - Passenger Car

RE: Case Number: 08-0010200 including Violation Notice number(s): VN08869064, VN08869063

<u>**NOTICE OF ADMINISTRATIVE HEARING**</u>

A request has been received and an Administrative Hearing has been scheduled for:

HEARING DATE:                          June 24, 2008

HEARING TIME:                          09:00 AM

ROOM:                                  A

PLACE:                                 Illinois Tollway

                                       2700 Ogden Avenue
                                       Downers Grove, IL 60515

Parking and the entrance for Violation Hearing Rooms are located at the north end of the building.

It is in your best interest to be at the hearing. You can bring an attorney at your own expense to represent you or you can bring someone (a friend, family member or business associate) to help you present your case. You are required to bring all of your evidence (photos, documents, etc.) and witnesses with you. If English is not your first language, you are responsible for bringing a translator.

Your failure to appear for a hearing will result in the entry of a judgment against you for the full amount of the fines/penalties allowed under the law. Failure to satisfy any fines or penalties resulting from a Final Order(s) for 5 or more violations shall result in the Tollway petitioning the Secretary of State for suspension of your vehicle registration and/or driver's license and possible forwarding of this matter to a private agency or law firm for collection action.

If you have any questions concerning this matter, please call 1-800-824-7277 / 1-630-241-7302 - T.D.D.

**What Do I Do When I Arrive for My Hearing?**

When you arrive at the hearing facility please remain in the lobby until you are called to your hearing room. Once in the hearing room please take a seat until your case is called.

For your safety, please note that all persons entering a hearing facility must go through security. Also for your safety, please note that weapons (including pocket or utility knives; pepper or chemical sprays; and knife or pepper or chemical spray key-chains) are strictly prohibited and will be confiscated without return.

**How is the Hearing Conducted and What Are My Rights?**

You have the right to: represent yourself, hire an attorney to represent you at your own expense, or authorize a friend or family member to assist you. Please note that there are no public defenders and no right to a jury in an administrative hearing.

The hearing is less formal than a state court trial but will still follow a basic structure to ensure fairness and due process of law. All testimony is under oath and recorded.

Since the Tollway initiated the case against you it has the burden of proof going forward and will present its evidence before you are asked to present a defense. To present its case, the Tollway may: introduce the Notice of Violation(s), call witnesses or offer other evidence such as photographs or other documents. Both you and the hearing officer may ask questions of the Tollway's witnesses.

You have a right to hire and be represented by an attorney at your own expense. You have the right to tell your side of the story to the hearing officer. You may do so through your own testimony, the oral or written testimony of witnesses, or other evidence such as photos or vehicle title transfer document. You are required to bring all of your witnesses, documents and evidence with you to your hearing. The hearing officer may ask questions of you and/or your witnesses.

After both sides have had an opportunity to present their case, the hearing officer will render a decision and written order. By State law, the Tollway's burden of proof in these matters is "by a preponderance of the evidence," which means that taking everything into consideration the hearing officer must believe that "it is more likely than not" that a violation has occurred.

Please note that under Illinois common law, there is no statute of limitation where the state asserts a civil action involving a public right. Therefore it is not a legal defense that a violator was not notified sooner.

Please note that it is not a legal defense that someone else was operating the vehicle at the time of the violation. By law, the registered owner accepts the civil risks inherent to another's use or misuse of the vehicle.

Please also note that by law, where a mandatory fine exists, the hearing officer does not have the authority to negotiate, waive or lessen the mandatory fine amount, nor may the hearing officer extend the mandatory payment period or offer a payment plan. Settlements, partial payment, payment plans and payment extensions will not be entertained at the hearing.

Either side may appeal the hearing officer's decision to the 18th Judicial (DuPage County) Circuit Court of Illinois under the Administrative Review Law within thirty-five (35) days of issuance date of the Final Order of Liability.

# Exhibit N

# IN THE STATE OF ILLINOIS
## Illinois Tollway

| | | |
|---|---|---|
| **Illinois Tollway,** | ) | |
| Petitioner , | ) | **Case Number:**      08-0010200 |
| | ) | **Notice Number:**     VA081219454 |
| | ) | **License Plate Number:**   9233493 (IL) - PASSENGER |
| v.     JAIVA S GOODRUM | ) | |
| 2710 AMLI LANE  1925 | ) | |
| AURORA, IL 60502 | ) | |
| | ) | |
| | ) | |
| Respondent(s) | ) | |

### HEARING OFFICER'S FINAL ORDER

This matter coming for Hearing pursuant to Section 10/10(a-5) of the Toll Highway Act, due and proper notice has been given to the parties and Hearing Officer duly advised in the premises, having considered the admitted evidence and testimony, hereby finds by a preponderance of the evidence as follows:

1. As to the charge of toll evasion in violation Section 10/27 of the Toll Highway Act and Section 2520.269(e) of the Illinois Administrative Code, Title 92, Chapter IV, Subpart B, the Hearing Officer finds the respondent(s):

     a) **Liable** on   **36**   violation(s) and the corresponding tolls and fines as reflected in the record.
     b) **Not Liable** on   **0**   violation(s) and the corresponding tolls and fines as reflected in the record.
     c) **Withdrawn & V-Tolled** on   **0**   violation(s) and the corresponding tolls and associated fines dismissed as reflected in the record.
     d) **Withdrawn Paid in Full** on   **0**   violation(s) and the corresponding tolls and fines as reflected in the record.

2. Failure of the respondent(s) to pay the JUDGMENT TOTAL within fourteen (14) days of the date of this Order shall result in an additional fine of Fifty Dollars ($50.00) per liable violation being entered against the respondent(s) and incorporated into this Order by operation of law.

     **JUDGMENT TOTAL:**   749.20                          **DUE DATE: 07/08/2008**

*Paul C. Liddell*           188779                     06/24/2008

     **Hearing Officer**                 **#**                        **Date**

**Failure to satisfy any fine or penalty resulting from a Final Order(s) for 5 or more violations shall result in the Tollway petitioning The Secretary of State for suspension of your vehicle registration and/or driver's license and possible forwarding of this matter to a private agency or law firm for collection action.**

**Either side may appeal this final administrative order to the 18th Judicial (DuPage County) Circuit Court of Illinois under the Illinois Administrative Review Law within thirty-five (35) days of the issuance date of this order.**

✂-------------------------------------------------------------------------------------------------------

**Return Coupon with your Payment To: Illinois Tollway, P.O. Box 5201, Lisle, IL  60532-5201**
**DO NOT SEND CASH OR PERSONAL CHECKS**

| Respondent(s): | Case Number: | 08-0010200 | Due Date: | July 8, 2008 |
|---|---|---|---|---|
| JAIVA S GOODRUM | Notice number: | VA081219454 | Amount Due: | $ 749.20 |
| 2710 AMLI LANE  1925 | Issue Date: | June 24, 2008 | Amount Due After 07/08/2008: | $ 2549.20 |
| AURORA, IL 60502 | | | | |

Make Cashiers Check or Money Order Payable to: The Illinois Tollway       Payment Amount: _____

____ Amex ____ Visa ____ MasterCard ____ Discover       Plate #: 9233493 (IL) - PASSENGER

Credit Card #: _____ Exp. Date: _____    Name on Card: _____

Billing Address of Card if different than address on notice: _____