## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2148 | **DATE** | 7/24/2008 |
| **CASE TITLE** | MARVIN KUSHNER, ET AL vs. ILLINOIS STATE TOLL HIGHWAY AUTHORITY, ET AL | | |

**DOCKET ENTRY TEXT**

Defendants' motion to dismiss amended complaint [27] is taken under advisement. Plaintiffs shall respond by August 11, 2008; defendants may reply by August 18, 2008. On the court's own motion, the status hearing set on August 5, 2008 is reset on September 2, 2008 at 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|