# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2148 | **DATE** | 8/27/2008 |
| **CASE TITLE** | MARVIN KUSHNER, ET AL vs. ILLINOIS STATE TOLL HIGHWAY AUTHORITY | | |

**DOCKET ENTRY TEXT**

On the court's own motion, the status hearing set on 9/2/08 is reset on 9/9/08 at 9:00 a.m.

*/s/ Suzanne B. Conlon*

Notified counsel by telephone. Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|