# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2148 | **DATE** | 9/4/2008 |
| **CASE TITLE** | MARVIN KUSHNER, *et al.* v. ILLINOIS STATE TOLL HIGHWAY AUTH., *et al.* | | |

**DOCKET ENTRY TEXT**

Defendants' motion to dismiss the amended complaint [27] is granted. This case is dismissed with prejudice as to all named plaintiffs and without prejudice as to putative class members. The status hearing on September 9, 2008 is vacated. ENTER MEMORANDUM OPINION AND ORDER.

*/s/ Suzanne B. Conlon*

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|