# United States District Court
## Northern District of Illinois
### Eastern Division

MARVIN KUSHNER,
CHERI J. KUSHNER, and
JAIVA GOODRUM, on behalf
of themselves and a class,

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 08 C 2148

ILLINOIS STATE TOLL HIGHWAY
AUTHORITY, BRIAN MCPARTLIN, and
MATTHEW BEAUDET

☐  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■  Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the case is dismissed with prejudice as to all named plaintiffs and without prejudice as to putative class members.

Michael W. Dobbins, Clerk of Court

$sbc$

Date: 9/4/2008                    /s/ Willia Harmon, Deputy Clerk